IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

SHERRIE MARIE TIMMONS,              *

    Plaintiff                   *

vs.                                 *

                                          CASE NO. 3:08-CV-108(CDL)

MICHAEL J. ASTRUE, Commissioner    *
of Social Security,
                                *

    Defendant
                                *

O R D E R

    This matter is before the Court pursuant to a Report and Recommendation of the United States Magistrate Judge entered on April 8, 2009. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the Order of this Court.

    IT IS SO ORDERED, this 8th day of May, 2009.

                                                         S/Clay D. Land
                                                             CLAY D. LAND
                                            UNITED STATES DISTRICT JUDGE